IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR433 |
| | ) | |
| v. | ) | |
| | ) | |
| CHAZ TUCKER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court on the motion of Shannon P. O'Connor requesting permission to withdraw as attorney of record (Filing No. 78). The Court notes the conflict of interest that exists and finds that said motion should be granted. Accordingly,

IT IS ORDERED:

1) The motion requesting permission to withdraw as attorney of record is granted;

2) The public defender shall appoint counsel to represent defendant during the pendency of the Rule 35(b) motion (Filing No. 77).

DATED this 25th day of April, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court