IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )
              Plaintiff,         )            8:02CR433
                                 )
        v.                       )
                                 )
CHAZ TUCKER,                     )                ORDER
                                 )
              Defendant.         )
_____ )
```

          This matter is before the Court on the motion to set

hearing (Filing No. 85) on plaintiff's request for departure

(Filing No. 77).  Accordingly,

          IT IS ORDERED that a hearing on plaintiff's Rule 35

motion is scheduled for:

                **Friday, December 16, 2005, at 10:15 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111

South 18th Plaza, Omaha, Nebraska.  Defendant need not be

present.

          DATED this 29th day of November, 2005.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                                 LYLE E. STROM, Senior Judge
                                 United States District Court