IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR433 |
| | ) | |
| v. | ) | |
| | ) | |
| CHAZ TUCKER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on the motion to set hearing (Filing No. 85) on plaintiff's request for departure (Filing No. 77).  Accordingly,

      IT IS ORDERED that a hearing on plaintiff's Rule 35 motion is scheduled for:

**Friday, December 16, 2005, at 8:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Defendant need not be present.

      DATED this 29th day of November, 2005.

                      BY THE COURT:

                      /s/ Lyle E. Strom
                      _____
                      LYLE E. STROM, Senior Judge
                      United States District Court