```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                      DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )          8:02CR433
                             )
        v.                   )
                             )
CHAZ TUCKER,                 )          ORDER
                             )
              Defendant.     )
_____)
```

This matter is before the Court on defendant's motion to restrict (Filing No. 105). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion to restrict is granted; the motion to review detention and index of exhibits shall be restricted pursuant to the E-Government Act.

DATED this 22nd day of March, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court