IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )         8:02CR433
                              )
       v.                     )
                              )
CHAZ TUCKER,                  )         ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on defendant's motion to continue disposition hearing (Filing No. 110).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that defendant's motion to continue is granted; the final disposition hearing is rescheduled for:

**Friday, June 3, 2011, at 10:30 a.m**.

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 31st day of March, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court